# CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Stacey Lynn Delores-Ortiz** DOB:1991; United States<br>**Mohey Aldin Soliman** DOB: 1987; United Kingdom | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-01672MJ** |

| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about July 14, 2021, in the District of Arizona, **Stacey Lynn Delores-Ortiz** and **Mohey Aldin Soliman**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Gustavo Pastor-Vicente, and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii).**

**COUNT 2 (Felony)** On or about July 14, 2021, in the District of Arizona, **Stacey Lynn Delores-Ortiz** and **Mohey Aldin Soliman**, knowing and in reckless disregard of the fact that certain illegal aliens, including Gustavo Pastor-Vicente, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about July 14, 2021, in the District of Arizona (North Komelik), a 2007 Dodge Caliber approached the FR-15 checkpoint slowly. The vehicle appeared that it was not going to stop for inspection. The driver **Stacey Lynn Delores-Ortiz** stopped briefly, and the agent placed a vehicle immobilization device (VID) in front of the rear driver's side tire. The agent noticed three passengers in the back seat and one in the rear cargo area. The agent ordered **Delores** to shut off the vehicle's engine. **Delores** ignored the agent, accelerated, and fled from the checkpoint. As she fled, the VID caught the rear tire and the tire began to deflate. A second VID was successfully deployed near mile post 35 and the vehicle stopped near mile marker 38. All the occupants fled front the vehicle but were eventually arrested, including **Delores** and **Mohey Aldin Soliman**. BPA determined that four subjects arrested were in the U.S. illegally, including Gustavo Pastor-Vicente. **Delores** was the register owner of the Caliber.

Material witness Gustavo Pastor-Vicente said he had arranged to be smuggled into the United States for money. Pastor said he is a citizen of Guatemala who had crossed the U.S. border illegally. Pastor said that on today's date, a red vehicle picked him up. Pastor said that there was a female driver and a male passenger at the time he was picked up. Pastor identified **Soliman** as the person who was sitting next to female driver.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Gustavo Pastor-Vicente

| Detention Requested<br>　　Being duly sworn, I declare that the foregoing is<br>　　true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA JAA/ri<br><br>Sworn by telephone _x_ | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 15, 2021 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54